```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
                                           )
TERRY KLEIN, derivatively on behalf        )
of LSB INDUSTRIES, INC.                    )
                                           )
       Plaintiff                           )
                                           )
             V.                            )
                                           )
                                           )   RULE 7.1 STATEMENT
KENT C. MCCARTHY, JAYHAWK CAPITAL          )
MANAGEMENT, L.L.C., JAYHAWK INSTITUTIONAL  )
PARTNERS, L.P., JAYHAWK INVESTMENTS, L.P.  )
AND LSB INDUSTRIES, INC.                   )
                                           )
       Defendants.                         )
                                           )
------------------------------------------x
```



JUDGE SWAIN
07 CIV 8710

RECEIVED
OCT 09 2007
U.S.D.C. S.D. N.Y.
CASHIERS

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held.

    Plaintiff is unaware of any.

Date: 10/9/07

Paul D. Wexler (PW9340)