UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERRY KLEIN, derivatively on behalf of LSB INDUSTRIES, INC.

    Plaintiff,

v.

KENT C. MCCARTHY, JAYHAWK CAPITAL MANAGEMENT, L.L.C., JAYHAWK INSTITUTIONAL PARTNERS, L.P., JAYHAWK INVESTMENTS, L.P. and LSB INDUSTRIES, INC.

    Defendants.

**APPEARANCE**

07 Civ. 8710 (LTS) (RKE)

---

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for plaintiff TERRY KLEIN.

    I certify that I am admitted to practice in this court.

Dated:  New York, New York
        October 23, 2007

                OSTRAGER CHONG FLAHERTY
                   & BROITMAN P.C.

                By: _____s/_____
                      Roberto L. Gomez (RLG-6474)

                570 Lexington Avenue, 17th Floor
                New York, New York 10022-6894
                Tel No. (212) 681-0600
                Fax No. (212) 681-0300