UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRY KLEIN, derivatively on behalf of LSB INDUSTRIES, INC.

    Plaintiff,

v.

KENT C. MCCARTHY, JAYHAWK CAPITAL MANAGEMENT, L.L.C., JAYHAWK INSTITUTIONAL PARTNERS, L.P., JAYHAWK INVESTMENTS, L.P. and LSB INDUSTRIES, INC.

    Defendants.

**APPEARANCE**

07 Civ. 8710 (LTS)(RKE)

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for plaintiff TERRY KLEIN.

    I certify that I am admitted to practice in this court.

Dated:  New York, New York
       October 23, 2007

        OSTRAGER CHONG FLAHERTY
         & BROITMAN P.C.

        By: _____s/_____
          Glenn F. Ostrager (GFO-2023)

        570 Lexington Avenue, 17th Floor
        New York, New York 10022-6894
        Tel No. (212) 681-0600
        Fax No. (212) 681-0300