IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 1 2007

TERRY KLEIN,

    Plaintiff,

    v.

KENT C. McCARTHY, JAYHAWK CAPITAL MANAGEMENT, L.L.C., JAYHAWK INSTITUTIONAL PARTNERS, L.P., JAYHAWK INVESTMENT, L.P. AND LSB INDUSTRIES, INC. (WITH LSB INDUSTRIES, INC. AS NOMINAL DEFENDANT).

    Defendants.

No. 07-CIV-8710 (LTS)

## STIPULATION AND ORDER

WHEREAS, LSB Industries, Inc. ("LSB") is a nominal defendant in this action, in that no damages are sought against it and this action is brought on its behalf;

IT IS HEREBY STIPULATED by and among counsel for plaintiff and LSB, the nominal defendant, through their undersigned counsel, subject to the approval of the Court, that:

1. LSB shall not be required to file an answer or other response to the Complaint;

2. LSB shall not be required to [attend pretrial conferences or comply with the submission requirement of orders issued in connection with such conferences] ~~comply with the Initial Conference Orders, dated October 22, 2007, or any other Conference Orders issued by the Court;~~ except as otherwise expressly ordered by the Court, and

3. LSB shall otherwise have the rights and responsibilities of a nominal defendant to this action.

| | |
|---|---|
| BRAGAR WEXLER & EAGEL, P.C. | CONNER & WINTERS, LLP |
| _____ | _____ |
| Paul D. Wexler (9340) | John Ryan Sacra |
| 885 Third Avenue | 4000 One William Center |
| New York, New York 10022 | Tulsa, Oklahoma 74172-0148 |
| (212) 308-5858 | (918) 586-5711 |
| Email: wexler@bragarwexler.com | *Attorney for Nominal Defendant* |
| *Attorney for Plaintiff* | *LSB Industries, Inc.* |

SO ORDERED this 20 day of November, 2007.

_____
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE