UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRY KLEIN, derivatively on behalf of LSB INDUSTRIES, INC.

    Plaintiff,

v.

KENT C. MCCARTHY, JAYHAWK CAPITAL MANAGEMENT, L.L.C., JAYHAWK INSTITUTIONAL PARTNERS, L.P., JAYHAWK INVESTMENTS, L.P. AND LSB INDUSTRIES, INC.

    Defendants.

Case No. 07 CIV 8710

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Jayhawk Capital Management, L.L.C., Jayhawk Institutional Investments, L.P. and Jayhawk Investments, L.P. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: December 20, 2007

SHOOK, HARDY & BACON L.L.P.

By: /s/ James R. Eiszner
    James R. Eiszner (JE7468)
    Gregory T. Wolf

2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone: 816.474.6550
Facsimile 816.421.5547
Attorneys for Defendants

2747019v1