# Michael Faillace & Associates, P.C.
### Employment and Litigation Attorneys

110 East 59th Street, 32nd Floor  
New York, New York 10022

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

Faillace@employmentcompliance.com

Friday, January 11, 2008



USDC SDNY  
DOCUMENT  
ELEC...  
JAN 1 4 2008

**MEMO ENDORSED**

<u>**VIA FACSIMILE / (212) 805-0426**</u>

Hon. Laura T. Swain  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St., Room 755  
New York, NY 10007

Re:  <u>Serafin Rios and Patrocinio Rios v. Neighborhood Construction Corp.
and Dilber Kukic., U.S.D.C., S.D.N.Y., Index No. 07-CV-8701 (LTS)</u>

Dear Judge Swain:

I represent the plaintiffs in the above action for unpaid wages and other relief under the FLSA, the New York Labor Law, and regulations. I am writing (as instructed by the court deputy) to request an adjournment of the preliminary conference scheduled for January 18, 2008 because the defendants have not answered the complaint.

For the Court's information, the Complaint (filed on October 9, 2007) was served on the corporate defendant (Neighborhood Construction Corp.) on November 27, 2007, and on the individual defendant (Dilber Kukic) on November 9, 2007. We have not been contacted by the defendants, or by counsel on their behalf, and we intend to move for judgment by default.

Very truly yours,

Michael Faillace

*The conference is adjourned to March 18, 2008, at 4:15pm. Counsel's attention is directed to the provisions of the undersigned's Individual Practices Rules regarding default judgment application procedures.*

SO ORDERED.

/s/ Laura Taylor Swain  1/14/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

*Certified as a minority-owned business in the State of New York*