UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



TERRY KLEIN, derivatively on behalf
of LSB INDUSTRIES, INC.

      Plaintiff,

v.

KENT C. MCCARTHY, JAYHAWK CAPITAL
MANAGEMENT, L.L.C., JAYHAWK
INSTITUTIONAL PARTNERS, L.P.,
JAYHAWK INVESTMENTS, L.P. AND LSB
INDUSTRIES, INC.

      Defendants.

Case No. 07 CIV 8710

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of attorney for James R. Eiszner attorney for Defendants Kent C. McCarthy, Jayhawk Capital Management, L.L.C., Jayhawk Institutional Partners, L.P., Jayhawk Investments, L.P. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name: Gregory T. Wolf

    Firm Name: Shook, Hardy & Bacon, L.L.P.

    Address: 2555 Grand Blvd.

    City/State/Zip: Kansas City, Missouri 64108

    Telephone/Fax: 816-474-6550/816-421-5547

    Email Address: gtwolf@shb.com

is admitted to practice pro hac vice as counsel for Defendants Kent C. McCarthy, Jayhawk Capital Management, L.L.C., Jayhawk Institutional Partners, L.P., Jayhawk Investments, L.P. in the above captioned case in the United States District Court for the Southern District of New

2747457v1

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: January 14, 2008

City, State: ~~Kansas City, Missouri~~ N.Y, N.Y.

_____
United States District/~~Magistrate~~ Judge

2747457v1