UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRY KLEIN, derivatively on behalf
of LSB INDUSTRIES, INC.

    Plaintiff,

v.

KENT C. MCCARTHY, JAYHAWK CAPITAL
MANAGEMENT, L.L.C., JAYHAWK
INSTITUTIONAL PARTNERS, L.P.,
JAYHAWK INVESTMENTS, L.P. AND LSB
INDUSTRIES, INC.

    Defendants.

Case No. 07 CIV 8710

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, James R. Eiszner, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

Applicant's Name: Sarah T. Lepak
Firm Name:  Shook, Hardy & Bacon L.L.P.
Address:  2555 Grand Blvd.
City/State/Zip:  Kansas City, Missouri 64108
Phone Number:  816-474-6550
Fax Number:  816-421-5547

Sarah T. Lepak is a member in good standing of the Bar of the States of Kansas and Missouri.

There are no pending disciplinary proceeding against Sarah T. Lepak in any State or Federal court.

Dated: January 9, 2008

City, State:  Kansas City, Missouri

                                                             Respectfully submitted,

Date: January 9, 2008                    SHOOK, HARDY & BACON L.L.P.

                                          By: _____
                                              James R. Eiszner
                                              JE7468

                                          2555 Grand Blvd.
                                          Kansas City, Missouri  64108-2613
                                          Telephone: 816.474.6550
                                          Facsimile 816.421.5547
                                          Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify the foregoing Motion was electronically filed with the Court's CM/ECF system on this 9th day of January, 2008, and a copy of the same automatically was sent via e-mail notification to the following:

    BRAGAR WEXLER & EAGEL PC
    885 Third Avenue
    New York, New York 10022

    OSTRAGER CHONG FLAHERTY & BROITMAN PC
    570 Lexington Avenue
    New York, New York 10022

    Attorneys for Plaintiff

                                          _____
                                          Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRY KLEIN, derivatively on behalf of LSB INDUSTRIES, INC.<br><br>      Plaintiff,<br><br>v.<br><br>KENT C. MCCARTHY, JAYHAWK CAPITAL MANAGEMENT, L.L.C., JAYHAWK INSTITUTIONAL PARTNERS, L.P., JAYHAWK INVESTMENTS, L.P. AND LSB INDUSTRIES, INC.<br><br>      Defendants. | Case No. 07 CIV 8710 |

## DECLARATION OF JAMES R. EISZNER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

James R. Eiszner, under penalty of perjury, hereby declares as follows:

1. I am a Partner at Shook, Hardy & Bacon, L.L.P., counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Sarah T. Lepak as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on May 21, 1979. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Sarah T. Lepak since 2007.

4. Ms. Lepak is an attorney associated with the law firm of Shook, Hardy & Bacon, L.L.P.

5. I have found Ms. Lepak to be a skilled attorney and a person of integrity. She is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Sarah T. Lepak, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Sarah T. Lepak, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Sarah T. Lepak, pro hac vice, to represent Defendants in the above captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 9, 2008, at Kansas City, Missouri.

_____
James R. Eiszner
JE7468

SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri  64108-2613
Telephone: 816.474.6550
Facsimile 816.421.5547
Attorney for Defendants

*The Supreme Court of Missouri*



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on April 19, 2006,

*Sarah Therese Lepak*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 3rd day of January, 2008.

_____
Clerk of the Supreme Court of Missouri

# The Supreme Court of Kansas



# Certificate of Good Standing

I, **Carol G. Green**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on ___September 30, 2005_____,

## SARAH THERESE LEPAK

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

**ACTIVE STATUS**

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this __26TH__ day of __December__, __2007__.

_Carol G. Green_
Clerk of the Supreme Court of Kansas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRY KLEIN, derivatively on behalf of LSB INDUSTRIES, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>KENT C. MCCARTHY, JAYHAWK CAPITAL MANAGEMENT, L.L.C., JAYHAWK INSTITUTIONAL PARTNERS, L.P., JAYHAWK INVESTMENTS, L.P. AND LSB INDUSTRIES, INC.<br><br>　　　　Defendants. | Case No. 07 CIV 8710 |

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of attorney for James R. Eiszner, attorney for Defendants Kent C. McCarthy, Jayhawk Capital Management, L.L.C., Jayhawk Institutional Partners, L.P., and Jayhawk Investments, L.P., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

　　　　Applicant's Name:  Sarah T. Lepak

　　　　Firm Name:  Shook, Hardy & Bacon, L.L.P.

　　　　Address:  2555 Grand Blvd.

　　　　City/State/Zip:  Kansas City, Missouri 64108

　　　　Telephone/Fax:  816-474-6550/816-421-5547

　　　　Email Address:  slepak@shb.com

is admitted to practice pro hac vice as counsel for Defendants Kent C. McCarthy, Jayhawk Capital Management, L.L.C., Jayhawk Institutional Partners, L.P., Jayhawk Investments, L.P. in the above captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: January ___, 2008

City, State: Kansas City, Missouri

_____
United States District/Magistrate Judge