

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 8 2008
```

**Shook, Hardy & Bacon L.L.P.**
www.shb.com

January 15, 2008

**Gregory T. Wolf**

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2012 DD
816.421.5547 Fax
gtwolf@shb.com

**VIA FACSIMILE**

**MEMO ENDORSED**

The Honorable Laura Taylor Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

Re: Case No. 07-8710(LTS)(RKE) - *Klein vs. Kent McCarthy, Jayhawk Capital Management, L.L.C., Jayhawk Institutional Partners, L.P., and Jayhawk Investments, L.P.*

Dear Judge Swain:

Defendants Kent McCarthy, Jayhawk Capital Management, L.L.C., Jayhawk Institutional Partners, L.P., and Jayhawk Investments, L.P., by and through counsel admitted pro hac vice, Gregory T. Wolf, respectfully request an adjournment of the pretrial conference currently set in this case for February 8, 2008 at 3:15 p.m. in Courtroom 17C. Other than on February 11, 2008, counsel is available for the conference to be re-set on any day of the week of February 11, 2008. The parties have not previously requested adjournment of this conference. Plaintiff has no objection to this request.

Thank you for your consideration.

*[Handwritten: The conference is adjourned to February 15, 2008 at 10:00 AM.]*

Sincerely,

*[signature]*
Gregory T. Wolf

SO ORDERED.

*[signature]* 1/18/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Cc: Paul Wexler (by email)

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2753210v1