UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

KLEIN,

               Plaintiff(s),

   -v-

MCCARTHY,

               Defendant(s).
------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 1 8 2008

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07Civ. 8710 (LTS)(DFE)

LAURA TAYLOR SWAIN, District Judge

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*

_____

_____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Settlement* (Principals to participate as required by Magistrate Judge)

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

     Purpose:_____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

     Particular Motion:_____

     All such motions: ____

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
               February 15, 2008

_____
LAURA TAYLOR SWAIN
United States District Judge